**FORM 9** (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:** | **Case No. 08-11047 BP** |
| **WINSTON, CARSTELL MAURICE** <br> **WINSTON, LISA MASAMI** | **Chapter 7** |
| | **Judge BURTON PERLMAN** |
| **PEARSON, LISA** | |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $0.73 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Capital Recovery II <br> 25 SE 2nd Avenue, Suite 1120 <br> Miami, FL 33131 | 1 | 0.73 |